**IN THE MISSOURI COURT OF APPEALS**
**HANDDOWN LIST OF NOVEMBER 10, 2015**
**WESTERN DISTRICT**


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b)**
**AND ISSUED PER CURIAM**
--------------------------------------------------------------------
WD78145        Kay Renee Elliott vs. PHB Realty Company, LLC D/B/A Better Homes
               and Gardens Real Estate Kansas City Homes; Aspen Homebuilders,
               LLC, et al; and Janet Rao
WD78227        Larry McGee vs. Missouri Department of Corrections
WD78569        Consolidated with WD78145



**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b)**
**AND ISSUED PER CURIAM**
--------------------------------------------------------------------
None